CARLTON ET AL. *v.* CONNER, COMMISSIONER
OF AGRICULTURE OF FLORIDA

No. 625.  Decided December 15, 1969

*John R. Beranek* and *Charles H. Damsel, Jr.,* for
appellants.

*Robert A. Chastain* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.